UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

```
IN RE:                                      CASE NO. 08 B 22781
    ERIC D CAMPBELL
                                            CHAPTER 13

                                            JUDGE: JACQUELINE P COX

          Debtor
    SSN XXX-XX-6350
```

--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------

    The case was filed on 08/28/2008 and was not confirmed.

    The case was dismissed without confirmation 12/01/2008.

--------------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| CITY OF CHICAGO PARKING | UNSECURED | 3425.00 | .00 | .00 |
| COMMONWEALTH EDISON | UNSECURED | 625.46 | .00 | .00 |
| NICOR GAS | UNSECURED | NOT FILED | .00 | .00 |
| SECRETARY OF STATE | NOTICE ONLY | NOT FILED | .00 | .00 |
| LEHMAN & FOX | DEBTOR ATTY | 3,329.00 | | .00 |
| TOM VAUGHN | TRUSTEE | | | .00 |
| DEBTOR REFUND | REFUND | | | 200.00 |

          Summary of Receipts and Disbursements:

--------------------------------------------------------------------------------

| | RECEIPTS | DISBURSEMENTS |
|---|---|---|
| TRUSTEE | 200.00 | |
| | | |
| PRIORITY | | .00 |
| SECURED | | .00 |
| UNSECURED | | .00 |
| ADMINISTRATIVE | | .00 |
| TRUSTEE COMPENSATION | | .00 |
| DEBTOR REFUND | | 200.00 |
| | ----------- | ----------- |
| TOTALS | 200.00 | 200.00 |

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.

```
                              /s/ Tom Vaughn
                              _____
    Dated: 03/05/09
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE
```